STATE OF LOUISIANA

VERSUS

ERNEST PETERSON, JR.

NO. 19-K-136

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

---

October 17, 2019

---

Susan Buchholz

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Fredericka Homberg Wicker,
Stephen J. Windhorst, and Hans J. Liljeberg

**REHEARING IS GRANTED IN PART; THIS COURT'S SEPTEMBER 18, 2019
WRIT DISPOSITION IS RECALLED; STATE OF LOUISIANA'S MARCH 22,
2019 APPLICATION FOR SUPERVISORY WRITS IS DISMISSED AS MOOT**
>    **FHW**
>    **SJW**
>    **HJL**

STATE OF LOUISIANA                           NO. 19-K-136

VERSUS                                       FIFTH CIRCUIT
                                             COURT OF APPEAL
ERNEST PETERSON, JR.
                                             STATE OF LOUISIANA

# <u>ORDER</u>

This matter is now before us on applicant, State of Louisiana's Petition for Rehearing or, Alternatively, Rehearing *En Banc*.

This matter originally came before this Court on the State's March 22, 2019 Application for Supervisory Writs to review the trial judge's March 21, 2019 *ex parte* order granting Respondent, Ernest Peterson's motion for recordation of grand jury proceedings without a hearing.

In this Petition for Rehearing the State informs this Court that, as the State's interpretation of the trial court's order of recordation was to the March 2019 grand jury proceeding only, the State presented this case to the grand jury on May 13, 2019 and, without recording the proceedings, obtained an indictment of Ernest Peterson for two counts of second degree murder and one count of obstruction of justice. The State attached the May 13, 2019 true bill signed by the grand jury foreman on that date to its petition for rehearing.

The May 13, 2019 indictment rendered the State's original writ application moot. Further, we are not called upon to judge the efficacy of the May 13, 2019 grand jury related actions of either the State or the grand jury in the face of the trial court's March 21, 2019 order for recordation. The earlier grand jury and its proceedings related hereto being now extinct, further consideration thereof would amount to an advisory opinion on our part, from which we are precluded.

Therefore, we grant the State of Louisiana's petition for rehearing in part, solely for the limited purposes of recalling this Court's September 18, 2019 writ disposition and dismissing the State's March 22, 2019 Application for Supervisory Writs as moot. Accordingly:

**IT IS ORDERED** that the State of Louisiana's Petition for Rehearing is granted in part and this Court's September 18, 2019 writ disposition issued in the referenced matter is recalled.

**IT IS FURTHER ORDERED** that the State of Louisiana's March 22, 2019 Application for Supervisory Writs is dismissed as moot.

Gretna, Louisiana this 17th day of October, 2019.

**FOR THE COURT:**

**SJW**
**FHW**
**HJL**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **10/17/2019** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

_____

**MARY E. LEGNON**
INTERIM CLERK OF COURT

**19-K-136**

### E-NOTIFIED

Fontella F. Baker (Respondent)

Bridget A. Dinvaut (Relator)
Orenthal J. Jasmin (Relator)

### MAILED

Sharrolyn J. Miles (Relator)
Assistant District Attorney
Fortieth Judicial District Court
Parish of St. John the Baptist
1710 Cannes Drive
LaPlace, LA 70068